IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 23-CR-85 (BAH) |
| v. | 18 U.S.C. § 1752(a)(1) |
| RONALD ANDRULONIS | |
| Defendant. | |

FILED
SEP 08 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Ronald Andrulonis, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7.    Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.    On January 6, 2021, Ronald Andrlulonis traveled from Philadelphia, Pennsylvania to Washington, D.C., on an Amtrak train with an individual identified as Robert Ciottoni.

9.    Andrulonis took off from work to attend former President Donald Trump's "Stop the Steal" rally. Andrulonis was an Amtrak employee at the time and used his Amtrak employee badge to board an Amtrak train without paying.

10.    Andrulonis and the other individual attended the rally on the Ellipse.

11. After the rally, Andrulonis and the other individual walked to the Capitol grounds where they spent time in a crowd that eventually breached the northwest steps, gaining access to the Upper West Terrace.

12. Andrulonis entered the Capitol building, via a broken window adjacent to the Senate Wing Doors, at 2:24 PM.

13. Andrulonis made his way to the Rotunda where he took photographs as the other individual knocked over velvet barriers that lined a walking path in the Rotunda.

14. Andrulonis and the other individual separated. Andrulonis went to the Crypt where he witnessed rioters throwing chairs at USCP officers as they attempted to secure a door in the Crypt Lobby.

15. At an unknown point during his time in the Capitol, Andrulonis entered Senator Merkley's office, where he is captured in the back of an open-source photograph, sitting sat in a chair.

16. Andrulonis exited the Capitol through the Memorial Doors at approximately 2:35 PM.

17. Andrulonis re-entered the Capitol building at approximately 2:43 PM through the Rotunda doors.

18. Andrulonis spent more time filming the Rotunda before joining a crowd gathering in the Old Senate Chamber at 2:45 PM.

19. While in the Old Senate Chamber hallway, the defendant heard other rioters chanting: "Whose house? Our House!"; "Our country!"; and "Fuck McConnell!" while they confronted a line of Metropolitan Police Officers (MPD). Andrulonis was emersed in the crowd

as others began to push against the MPD officers. Andrulonis immediately left the area when MPD officers began to pepper spray those pushing.

### *Elements of the Offense*

20. The parties agree that 18 U.S.C. § 1752 (a)(1) requires the following elements:

   a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so;

   b. Second, the defendant did so knowingly

### *Defendant's Acknowledgments*

21. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he willfully and knowingly entered the U.S. Capitol Building knowing that it was restricted, and he did not have permission to do so.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ REBEKAH E. LEDERER
      REBEKAH E. LEDERER
      Pennsylvania Bar No. 320922
      Assistant United States Attorney
      U.S Attorney's Office for District of Columbia
      601 D St. N.W, Washington, DC 20530
      (202) 252-7012
      rebekah.lederer@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Ronald Andrulonis, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/5/23

Ronald Andrulonis
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9/5/23

Thomas Egan
Attorney for Defendant